United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WOODROW G. WILLCOXON,

    Plaintiff,

  v.

    Defendant.

Case No. 14-cv-03703-JD

**ORDER OF DISMISSAL**

Re: Dkt. No. 8

This case was opened when plaintiff wrote a letter to the court regarding his sentence. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so. The time limit has passed and he has not filed a complaint. This case is therefore **DISMISSED** without prejudice. The motion to proceed in forma pauperis and for counsel (Docket No. 8) is **DENIED**. No fee is due. The clerk shall close the file.

**IT IS SO ORDERED**.

Dated: October 3, 2014

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WOODROW G. WILLCOXON,

    Plaintiff,

  v.

//,

    Defendant.

Case No.  14-cv-03703-JD

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 10/3/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Woodrow G. Willcoxon ID: B07240
Richard J. Donovan Correctional Facility (RJD)
480 Alta Road
SAN DIEGO, CA 92179

Dated: 10/3/2014

Richard W. Wieking
Clerk, United States District Court

By: *Lisa R. Clark* _____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO